1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WILLIAMS, an individual, | Case No. 2:22-cv-02803 SVW (RAOx) |
| PLAINTIFF, | *[Assigned to the Hon. Stephen V. Wilson]* |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| INTERNATIONAL PAPER COMPANY, a corporation; DOES 1-10 business entit(ies), form(s) unknown; DOES 11-20, indiviidual(s); and DOES 21-30, inclusive, | [FRCP 41(a)(1)(A)]  Trial Date: October 4, 2022 [VACATED] |
| Defendant(s). | |

# ORDER]

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant International Paper Company pursuant to FRCP 41(a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.
3. ~~The Court shall retain jurisdiction over this matter to enforce the terms of the August 30, 2022, Settlement Agreement.~~

IT IS SO ORDERED.

Dated: November 1, 2022

/s/ Stephen V. Wilson
Honorable Stephen V. Wilson
United States District Court Judge